UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL DANIEL, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 3:22-cv-00157-TCB |
| : | |
| CELLAR REALTY, LLC : | |
| A Limited Liability Company : | |
| : | |
| Defendant. : | |
| _____/ | |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Michael Daniel, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this matter without prejudice.

Dated: November 8, 2022

Respectfully Submitted,

By: */s/ Pete M. Monismith*
Pete M. Monismith
Georgia Bar 941228
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com